UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAROLD DAVIS,

          Plaintiff,

    v.

PENSION TRUST FUND FOR
OPERATING ENGINEERS, et al.,

        Defendants.

Case No.  14-cv-00853-JSC

**PRETRIAL ORDER NO. 1**

Upon review of the parties' Joint Case Management Conference Statement (Dkt. No. 23), the Court VACATES the September 25, 2014 case management conference and adopts the parties' proposed schedule as follows:

| | |
|---|---|
| Date to File Administrative Record: | September 25, 2014 |
| Fact Discovery Cut-off: | January 30, 2015 |
| Expert Disclosures: | February 11, 2015 |
| Rebuttal Expert Disclosures: | March 11, 2015 |
| Expert Discovery Cut-Off: | May 1, 2015 |
| Last Day to File Dispositive Motions | July 2, 2015 |
| Oppositions to Dispositive Motions: | July 23, 2015 |
| Replies to Dispositive Motions: | August 6, 2015 |
| Hearing on Dispositive Motions: | August 20, 2015 at 9:00 a.m. |
| Pretrial Conference: | October 1, 2015 at 2:00 p.m. |
| One Day Bench Trial: | October 22, 2015 at 8:30 a.m. |

United States District Court
Northern District of California

The parties' Statement indicates that upon Plaintiff's review of the Administrative Record there may a dispute as to what fact discovery, if any, is appropriate.  If after good faith meet and confer efforts the parties are unable to agree, they should bring the matter to the Court's attention via a joint discovery letter as set forth in the Court's Civil Standing Order.  Further, if at any time a party believes that referral of the case to a magistrate judge for settlement might be productive, the party should so advise the Court by letter.

**IT IS SO ORDERED**.

Dated: September 19, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

2